UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN JACKSON,<br><br>              Petitioner,<br><br>     v.<br><br>UNKNOWN,<br><br>              Respondent. | No.  2:20-cv-1916 CKD P<br><br><br><br>ORDER |

On September 24, 2020, the court received a document from Justin Jackson.  It appears that Mr. Jackson meant to send the document to the Superior Court of Kern County and not initiate an action in this court.  As this case was opened in error, IT IS HEREBY ORDERED that:

1. The Clerk of the Court close this case; and
2. With a copy of this order, return the document filed on September 24, 2020 to Mr. Jackson.

Dated:  September 29, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
jack1916.cl